IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDDIE BAKER, JR.,

       Petitioner,                                     JUDGMENT IN A CIVIL CASE

v.                                                                           Case No. 16-cv-333-wmc

WILLIAMS,

       Respondent.

---

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered denying Eddie Baker, Jr.'s petition for a writ of habeas corpus and dismissing this case.

| /s/ | 6/29/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |