EDDIE BAKER, Jr.,

    Petitioner,

Case No. 16-cv-383-wmc

v.

LOUIS WILLIAMS II, Warden,

    Respondent.

**NOTICE OF APPEAL**

I, Eddie Baker, hereby tender a notice of appeal to the district court's 'ORDER' rendered upon this case as of June 29, 2017.

Date: July 7, 2017

Respectfully submitted,

*Eddie Baker*
EDDIE BAKER Jr.
#06233-089
Pro se
Signed without prejudice
UCC §1.308
OXFORD FCI
P.O. Box 1000
Oxford, WI 53952